

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

West Texas Automotive Group, LLC
d/b/a Midland Buick GMC Cadillac,

\* From the County Court
  at Law No. 2 of Midland County
  Trial Court No. CC17873.

v. No. 11-15-00136-CV

\* April 14, 2016

Cintas-RUS, L.P.,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

    This court has considered the joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed and the cause is remanded to the trial court. The costs incurred by reason of this appeal are taxed against West Texas Automotive Group, LLC d/b/a Midland Buick GMC Cadillac.